IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AXIS CAPITAL, INC.,            )
                               )
          Plaintiff,           )      8:08CV94
                               )
     v.                        )
                               )
ADVANTA MEDICAL & PHYSICAL     )      ORDER
THERAPY, P.C., a professional  )
corporation; and RICHARD       )
SCHUYLER, Guarantor,           )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the motion to withdraw as legal counsel for plaintiff (Filing No. 16), filed by Steven W. Dowding. The Court notes that other counsel represents plaintiff. Accordingly,

IT IS ORDERED that said motion is granted; Steven W. Dowding is deemed withdrawn as counsel for plaintiff.

DATED this 22nd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court