IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AXIS CAPITAL, INC., | ) | 8:08CV94 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ADVANTA MEDICAL & PHYSICAL THERAPY, P.C. a Professional Corporation; and RICHARD SCHUYLER, Guarantor, | ) ) ) ) ) | |
| Defendants and Third Party Plaintiffs, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SPINAL AID CENTERS OF AMERICA, INC., | ) ) | |
| | ) | |
| Third Party Defendant, | ) | |

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, November 19, 2008, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 29th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court