IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AXIS CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV94 |
| | ) | |
| v. | ) | |
| | ) | |
| ADVANTA MEDICAL & PHYSICAL THERAPY, P.C., a professional corporation; and RICHARD SCHUYLER, Guarantor, | ) ) ) ) | ORDER |
| | ) | |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPINAL AID CENTERS OF AMERICA, INC., | ) ) | |
| | ) | |
| Third-Party Defendant. | ) ) | |

This matter is before the Court on the stipulation of the parties not to execute (Filing No. 69). Accordingly,

IT IS ORDERED that the stipulation is approved and adopted.

DATED this 4th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court